# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-4-19

Writer's email: David@iLawco.com

January 2, 2019

<u>Via ECF</u>
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

*Dr. Muhammad Mirza et al. v. Does et al.,*
Civil Action No. 1:18-cv-06232-LAP

Dear Judge Preska:

    Further to my letter to the Court of October 6, 2018 (ECF Doc. 11) and pursuant to my phone call with Max from Your Honor's chambers today, I write to update the Court on the current status of plaintiffs' attempts to identify and serve the defendants.

    As Your Honor recalls, Plaintiffs brought this action on July 10, 2018 against "John Doe" Defendants for defamation and tortious interference stemming from certain anonymous and defamatory reviews posted on the website Yelp.com ("Yelp"). In August, pursuant to the Court's order (ECF Doc. 8), our firm issued a subpoena to Yelp seeking information to enable us to identify and serve the John Doe defendants. After a prolonged period of negotiating with Yelp and narrowing the scope of plaintiffs' requests, the undersigned and Yelp's counsel have just this week agreed to the content of the information to be supplied by Yelp, and the amount of Yelp's reimbursement for its work. We expect Yelp to supply the requested information within the next few days. Upon receiving Yelp's production, we hope to be able to identify some or all of the John Does, amend the complaint, and serve the defendants. Accordingly, pursuant to Federal Rules of Civil Procedure 4(m), we ask the Court for an additional 30 days from today 

# LEWIS & LIN LLC

(*i.e.*, until February 1, 2019) to identify and serve the defendants. This is plaintiffs' second request of this nature.

We thank the Court for its consideration.

SO ORDERED

*Loretta A. Preska*

UNITED STATES DISTRICT JUDGE

1/3/19

Respectfully submitted,

David D. Lin

2