AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Dr. Muhammad Mirza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-06232-LAP |
| Lori Mehrkens | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lori Mehrkens

Date:  04/11/2019

*Attorney's signature*

Michael Cassell
*Printed name and bar number*
Hogan & Cassell, LLP
500 North Broadway, Suite 153
Jericho, NY 11753

*Address*

mcassell@hogancassell.com
*E-mail address*

(516) 942-4700
*Telephone number*

(516) 942-4705
*FAX number*