4/12/2019

Judge Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 12A
New York, NY 10007-1312

RE: *Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC v. Julie Sperber et. al*; Case no. 1:18-cv-06232-LAP

Nunc Pro Tunc Extension Request[1]

Dear Judge Preska:

I, *pro se* defendant Julie Sperber in the above-referenced matter, respectfully request an extension, nunc pro tunc, of the March 20th deadline you set to answer to the complaint regarding the matter referenced above.

As an elderly pro se litigant with very limited knowledge of the legal system, I was not able to comply with the court's directive to respond to the complaint in a timely fashion. Having sought assistance from the NYLAG pro se clinic, I now ask for consideration of a 30 day extension to answer the complaint by May 12, 2019. This is my first request to extend this deadline. I have left a voicemail asking the opposing counsel for an extension, but have yet to receive a response.

Sincerely,

Julie Sperber

---

[1] This document was prepared with assistance from the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the Southern District of New York.