UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
Dr. Muhammad Mirza, et al.,

         Plaintiff(s),

-against-

Does, et al.,

         Defendant(s).
-------------------------------------x

18 Civ. 6232 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 6, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: February 26, 2020
New York, New York