Doris Bachorik
155-30 86th Street
Howard Beach, NY 11414

June 5, 2020

Via Email Preskanysdchambers@nysd.uscourts.gov
Hon. Loretta A. Preska
United States District Judge
United States District Court
500 Pearl Street, Room 2220
New York, New York 10007

**Plaintiffs shall respond by letter to Defendant's request no later than June 30, 2020.  SO ORDERED.**

*Loretta A. Preska*  6/23/2020

Re:   Mirza v. Bachorik
      Docket # 18 Civ 06232 (LAP)

Dear Honorable Judge Preska:

I am the defendant herein. I am 75 years old, living on a fixed income, and do not have the financial means to hire an attorney to represent me in this matter. As such, I appear herein on my own behalf. I received the Third Amended Complaint on June 4, 2020.

It is respectfully requested that this matter be dismissed in its entirety against defendant, *Doris Bachorik a/k/a Ziagos Bachorik*.

On May 22, 2019, co-defendant, *Julie Sperber* entered into a Consent Judgment and Permanent Injunction Order, wherein she was permanently enjoined "from directly or indirectly making any statements about Allied Medical or its services, techniques, or methods, or those of its employees or officers (including Dr. Mirza), on the Internet, by social media, in other published materials. . ." I would agree to enter into the same Injunction Order to resolve this action.

In addition, please be advised that I do consent to electronic service. My email address is: dbachorikny@yahoo.com.

It is respectfully requested that this motion be granted in its entirety. Thank you for your consideration.

Respectfully,

*Doris Bachorik*
Doris Bachorik

cc:    **Via Email** David@iLawco.com
Lewis & Lin, LLC
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
Attn:   David D. Lin, Esq.